```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

WENDY W. MATURIN                              CIVIL ACTION

VERSUS                                        NUMBER: 07-1932

MARLIN GUSMAN (CHIEF SHERIFF), ET AL.         SECTION: "J"(5)


O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suit is dismissed with prejudice as frivolous under 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 17th day of July, 2007.

                                    _____
                                    UNITED STATES DISTRICT JUDGE